IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>KATHLEEN VALDEZ,<br><br>              Defendant. | CASE NO. 1:13-CR-00058 LJO/SKO |

**ORDER**

Based on the government's motion filed on June 5, 2013, and for good cause, the charges in the indictment against the above-named defendant are dismissed.

IT IS SO ORDERED.

Dated: __**June 6, 2013**__                            __/s/ Lawrence J. O'Neill__
                                                                       UNITED STATES DISTRICT JUDGE

Order                                                   1